# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 250 WAL 2014
                               :
                  Respondent   :
                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
              v.               :
                               :
                               :
                               :
ALLAN MOOREFIELD,              :
                               :
                  Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.